IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 07-00282-01-CR-W-NKL |
| HUGH RILEY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after a de novo review of the record, the Court finds that defendant Hugh Riley is competent to understand the nature and consequence of the proceedings against him and to properly assist in his defense.

IT IS SO ORDERED.

    s/ Nanette K. Laughrey
    NANETTE K. LAUGHREY
    United States District Judge

Dated: May 2, 2008